# Court of Appeals
# of the State of Georgia

ATLANTA, October 19, 2022

*The Court of Appeals hereby passes the following order:*

## A23E0009. STEINFELD v. STEINFELD.

Lorene Steinfeld, the defendant in the above styled case, has filed an emergency motion seeking an extension of time to file an application for discretionary appeal from the trial court's final judgment and divorce decree. In the motion, the defendant requests a six-month extension of time to obtain transcripts of the proceedings below. Pursuant to Court of Appeals Rule 16 (c), an extension of time to file an application for discretionary appeal must "not exceed the time otherwise allowed for the filing of an application." Under OCGA § 5-6-35 (d), an application for discretionary appeal "shall be filed with the clerk of . . . the Court of Appeals within 30 days of the entry of the order . . . ." Because the time allowed for the filing of an application for discretionary appeal is only 30 days from the date of entry of the order, this Court may grant an extension of time for only 30 days, as opposed to the defendant's six-month request. Therefore, the defendant's motion for an extension of time to file an application for discretionary appeal is GRANTED, but only until November 22, 2022.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 10/19/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.